UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK THOMAS EDWARDS,<br><br>            Plaintiff,<br><br>    v.<br><br>TRAVIS DODSON,<br><br>            Defendant. | Case No. 25-cv-05366-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 7 |

On June 26, 2025, Plaintiff Mark Thomas Edwards filed the instant case against Defendant Travis Dodson, as well as a motion for leave to proceed *in forma pauperis* ("IFP"). (Dkt. Nos. 1, 2.) On July 7, 2025, the Court denied Plaintiff's IFP application because it was incomplete. (Dkt. No. 7.) The Court ordered Plaintiff to either file a complete IFP application or pay the filing fee by July 23, 2025. (*Id.* at 1-2.)

To date, Plaintiff has neither filed a complete IFP application nor paid the filing fee. Accordingly, the Court ORDERS Plaintiff to show cause, by **September 18, 2025**, why Plaintiff's IFP application should not be denied by: (1) filing a complete IFP application, and (2) explaining why Plaintiff failed to timely file the amended IFP application. Failure to comply with this order will result in the Court denying Plaintiff's IFP application and ordering that Plaintiff pay the filing fee.

IT IS SO ORDERED.

Dated: August 26, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge